UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERIFF LEWIS HATCHER, in his ) <br> individual and official capacities, CLEM ) <br> THOMPSON, in her individual and official ) <br> capacities, DOES 1-10, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:17-CV-164-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered for Plaintiff and against Defendants Lewis Hatcher, in his individual and official capacities, and Clem Thompson, in her individual and official capacities, together, in the amount of $25,000.01.

IT IS FURTHER ORDERED that Doe Defendants are dismissed by stipulation of dismissal filed at [DE 29] on the court's docket.

**This Judgment Filed and Entered on January 9, 2018, and Copies To:**

| | |
|---|---|
| Bruce E. H. Johnson | (via CM/ECF electronic notification) |
| Masimba M. Mutamba | (via CM/ECF electronic notification) |
| Sabarish P. Neelakanta | (via CM/ECF electronic notification) |
| Daniel L. Marshall | (via CM/ECF electronic notification) |
| Jonathan D. Sasser | (via CM/ECF electronic notification) |
| Paul M. Cox | (via CM/ECF electronic notification) |
| Bradley Owen Wood | (via CM/ECF electronic notification) |

DATE:                                        PETER A. MOORE, JR., CLERK

January 9, 2018                    (By) /s/ Nicole Briggeman
                                             Deputy Clerk